FILED
IN CLERK'S OFFICE

| United States District Court<br>For the District of Massachusetts<br>1 Courthouse Way; Boston, Massachusetts<br>*Chief Judge* Frank Dennis SAYLOR | 2023 NOV -9  PM 12: 53 |
|---|---|
| **Re: The Redemption of David George** | *Miscellaneous Case #*  23-91595-ADB |
| **Refusal for Cause and Certificate of Exigent Circumstances** ||

Comes now David George of the YOUNG family and Redeemed. Title 12 USC §411 allows for "Them", "*They* shall be redeemed..." to make demand and be removed from the national debt Special Drawing Rights (SDR) in the same sense as the original verbiage at Section 16 of the 1913 Federal Reserve Act. Gold is fine white powder. Search out "Fed Assets Current" for the latest report and pay attention to Footnote 2. A better definition for SDR (Special Drawing Rights) is, "The measure of social conditioning to blindly endorse the private credit from the local central bank (the US Federal Reserve)."

Dear Clerk of Court;

Recently I, David George am in receipt by mail of three presentments, 3176 Letters for three tax years 2020-2022. These presentments are attached and conspicuously marked, "Refusal for Cause". I have looked over the citations in the frivolous penalty letters and there is no connection between the descriptions for frivolous and the remedy written for me by Congress herein described above.

## Certificate of Mailing

My signature below signifies that I have hand delivered this document with a $49 USPS Money Order #28904974547 to the US Courthouse clerk of court at the address on the top of the header above. And that upon PACER publication - Title 18 USC §2076 - I have mailed Registered Mail the pdf printout (original R4C on the original three 3176C Letters to YELLEN included) to:

| | |
|---|---|
| US Treasury - Janet Louise YELLEN<br>US Governor for the IMF<br>1500 Pennsylvania Avenue NW<br>Washington, DC 20220 | Registered Mail #RE332495249US<br>Return receipt: 332495249 |
| Department of the Treasury<br>Internal Revenue Service<br>Stop 4450<br>Ogden, Utah. 84201-0059 | Registered Mail #RE332495221US<br>Return receipt: 332495221 |
| Federal Reserve Bank - Boston<br>600 Atlantic Ave, Boston, MA 02210 | Registered Mail #RE332495235US<br>Return receipt: 332495235 |

Additionally I have the judicial oath of alleged Chief Judge Frank Dennis SAYLOR and have found it deviant from the form prescribed by Congress. The deviance is subtle yet staggering in blatant fraud considering the specificity standards that attorneys and federal judicial officers would normally be requiring during daily hearings, and upon the face of such pivotal career documentation as the oath of office. This oath of office is likewise Refused for Cause and included which means, that any judge in the District of Massachusetts is disqualified too, whether I can find his or her oath of office, or not. Court review is impracticable and there is no sovereign or judicial immunity from an instant lien. The deviant oath of office constitutes evidence for any B(1)(c) seizure of personal property and any subsequent E(4)(f) hearing.

_____
David George

3531 Washington Street
Unit 216
Boston, MA 02130
508-948-5627

Notary: _____
Certificate of Notary:

State of MA, County of Suffolk ss. Geovannie
On this the 9 day of Nov, 2023, before me, Geovannie the undersigned officer, personally appeared David, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained. In witness whereof, I hereunto set my hand and official seal.

_____
(signature)
Notary Public
My commission expires 10-28, 2027

**GEOVANNIE E. CABAN**
Notary Public
Commonwealth of Massachusetts
My Commission Expires
October 28, 2027