| United States District Court<br>For the District of Massachusetts<br>1 Courthouse Way; Boston, Massachusetts<br>*Chief Judge* Frank Dennis SAYLOR | ? |
|---|---|
| **Re: The Redemption of David George** | *Miscellaneous Case #* |

| **Refusal for Cause and Certificate of Exigent Circumstances** |
|---|

Comes now David George of the YOUNG family and Redeemed. Title 12 USC §411 allows for "Them", "*They* shall be redeemed..." to make demand and be removed from the national debt Special Drawing Rights (SDR) in the same sense as the original verbiage at Section 16 of the 1913 Federal Reserve Act. Gold is fine white powder. Search out "Fed Assets Current" for the latest report and pay attention to Footnote 2. A better definition for SDR (Special Drawing Rights) is, "The measure of social conditioning to blindly endorse the private credit from the local central bank (the US Federal Reserve)."

Dear Clerk of Court;

Recently I, David George am in receipt by mail of three presentments, 3176 Letters for three tax years 2020-2022. These presentments are attached and conspicuously marked, "Refusal for Cause". I have looked over the citations in the frivolous penalty letters and there is no connection between the descriptions for frivolous and the remedy written for me by Congress herein described above.

# Certificate of Mailing

My signature below signifies that I have hand delivered this document with a $49 USPS Money Order #28904974547 to the US Courthouse clerk of court at the address on the top of the header above. And that upon PACER publication - Title 18 USC §2076 - I have mailed Registered Mail the pdf printout (original R4C on the original three 3176C Letters to YELLEN included) to:

US Treasury - Janet Louise YELLEN
US Governor for the IMF
1500 Pennsylvania Avenue NW
Washington, DC 20220

Registered Mail #RE332495249US
Return receipt: 332495249

Department of the Treasury
Internal Revenue Service
Stop 4450
Ogden, Utah. 84201-0059

Registered Mail #RE332495221US
Return receipt: 332495221

Federal Reserve Bank - Boston
600 Atlantic Ave, Boston, MA 02210

Registered Mail #RE332495235US
Return receipt: 332495235

Additionally I have the judicial oath of alleged Chief Judge Frank Dennis SAYLOR and have found it deviant from the form prescribed by Congress. The deviance is subtle yet staggering in blatant fraud considering the specificity standards that attorneys and federal judicial officers would normally be requiring during daily hearings, and upon the face of such pivotal career documentation as the oath of office. This oath of office is likewise Refused for Cause and included which means, that any judge in the District of Massachusetts is disqualified too, whether I can find his or her oath of office, or not. Court review is impracticable and there is no sovereign or judicial immunity from an instant lien. The deviant oath of office constitutes evidence for any B(1)(c) seizure of personal property and any subsequent E(4)(f) hearing.

David George

Notary:

Certificate of Notary:

State of MA . County of Suffolk ss.
On this the 9 day of Nov , 2023 before me, Geovannie
the undersigned officer, personally appeared David , known to me
(or satisfactorily proven) to be the person whose name is subscribed to
the within instrument and acknowledged that he/she executed the
same for the purposes therein contained. In witness whereof, I hereunt-
to set my hand and official seal.

(signature)
Notary Public
My commission expires 10-28 , 2027

GEOVANNIE E. CABAN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
October 28, 2027



*Refused for Cause*

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, ................ F. DENNIS SAYLOR ...................., do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ... UNITED STATES DISTRICT JUDGE ....... under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.

So Help Me God *NO!!*  ...F. Dennis Saylor...

Subscribed and sworn to (or affirmed) before me this ... fifteenth ................. day of ......... JUNE ....................., 19X 2004

FOIA Exemption 6
Actual abode ........... MA ......  ...William A. Young...
...........................CHIEF JUDGE...............

Official station* .Worcester,. MA ......

Date of birth .. ............... 1955. FOIA Exemption 6

Date of entry on duty . June 15, 2004.

_____

*Title 28, sec. 456 United States Code, as amended.


**IRS** Department of the Treasury
Internal Revenue Service

Frivolous Return Prog., Stop 4450
OGDEN UT 84201-0059

DAVID G YOUNG
3531 WASHINGTON ST UNIT 216
JAMAICA PLAIN MA 02130-5237

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.

*Refusal for Cause*

---

✂ The IRS address must appear in the window.
1486859054

Use for payments

BODCD-.

Letter Number: LTR3176C
Letter Date : 2023-05-1
Tax Period : 202212

**✳✳✳✳6302**

DAVID G YOUNG
3531 WASHINGTON ST UNIT 216
JAMAICA PLAIN MA 02130-5237

INTERNAL REVENUE SERVICE
Frivolous Return Prog., Stop 4450
OGDEN UT 84201-0059

HD YOUN 30 0 202212 670 0000000000



**IRS** Department of the Treasury
Internal Revenue Service

Frivolous Return Prog., Stop 4450
OGDEN UT 84201-0059

In reply refer to: 1486859054
May 19, 2023 LTR 3176C 0
***-**-6302 202212 30
Input Op: 1486859054 00036774
BODC: SB

DAVID G YOUNG
3531 WASHINGTON ST UNIT 216
JAMAICA PLAIN MA 02130-5237

Taxpayer identification number: ***-**-6302
Form: 1040
Tax periods: Dec. 31, 2022

Employee identification number: 1000143350 M/S 4450
Contact telephone number: 866-883-0235
Contact fax number: 855-853-0251

Dear Taxpayer:

You filed a purported tax return for the tax periods above that
claimed one or more frivolous positions or reflected a desire to delay
or impede administration of the tax laws. If you don't immediately
correct your return, we'll assess a $5,000 penalty against you.

WHY WE ARE CONTACTING YOU

Based on Internal Revenue Code Section 6702, Frivolous Tax
Submissions, we determined the information you filed as a purported
tax return, on Apr. 15, 2023 is frivolous and there is no basis in the
law for your position.

Federal courts, including the Supreme Court of the United States, have
considered positions like yours and repeatedly rejected them as
without merit. Publication 2105, Why do I have to Pay Taxes?, includes
examples of frivolous positions and arguments regarding the U.S. tax
system under the heading "Don't Fall for These Arguments." Notice
2010-33 provides detailed information on positions identified as
frivolous under Section 6702.

People who violate the tax laws may be subject to federal criminal
prosecution and imprisonment. For information about the IRS criminal
enforcement program visit www.irs.gov/ciprograms.

You included a position that has no basis in the law. You're
attempting to avoid or reduce tax liabilities or to secure a refund
to which you're not entitled.

WHAT YOU NEED TO DO

To avoid this penalty, send us a corrected return for each taxable
period listed at the top of this letter within 30 days from the date
of this letter. Once we receive your corrected returns, we'll

DAVID G YOUNG
3531 WASHINGTON ST UNIT 216
JAMAICA PLAIN   MA   02130-5237

You can get any of the forms or publications mentioned in this letter
by visiting www.irs.gov/forms or by calling 800-TAX-FORM
(800-829-3676).

If you have additional questions, you can call us at 866-883-0235,
Monday through Friday 7:00 a.m. to 3:30 p.m. MST.

Sincerely yours,

Gardy Larochelle

Gardy Larochelle, Director
Return Integrity Verification Ops.

Enclosure:
Publication 1

**Refused for Cause**

**IRS** Department of the Treasury
Internal Revenue Service

Frivolous Return Prog., Stop 4450
OGDEN UT 84201-0059

DAVID G YOUNG
3531 WASHINGTON ST UNIT 216
JAMAICA PLAIN MA 02130-5237

**R**efusal for

**Cause**

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

Use for payments

Letter Number: LTR3176C
Letter Date : 2023-05-1
Tax Period : 202112

**||||||||||||||||||||||||**
*****6302

DAVID G YOUNG
3531 WASHINGTON ST UNIT 216
JAMAICA PLAIN MA 02130-5237

INTERNAL REVENUE SERVICE
Frivolous Return Prog., Stop 4450
OGDEN UT 84201-0059

HD YOUN 30 0 202112 670 0000000000



**IRS** Department of the Treasury
Internal Revenue Service

Frivolous Return Prog., Stop 4450
OGDEN UT 84201-0059

In reply refer to: 1486859054
May 19, 2023 LTR 3176C 0
***-**-6302 202112 30
Input Op: 1486859054 00036771
BODC: SB

DAVID G YOUNG
3531 WASHINGTON ST UNIT 216
JAMAICA PLAIN MA 02130-5237

Taxpayer identification number: ***-**-6302
Form: 1040
Tax periods: Dec. 31, 2021

Employee identification number: 1000143350 M/S 4450
Contact telephone number: 866-883-0235
Contact fax number: 855-853-0251

Dear Taxpayer:

You filed a purported tax return for the tax periods above that
claimed one or more frivolous positions or reflected a desire to delay
or impede administration of the tax laws. If you don't immediately
correct your return, we'll assess a $5,000 penalty against you.

WHY WE ARE CONTACTING YOU

Based on Internal Revenue Code Section 6702, Frivolous Tax
Submissions, we determined the information you filed as a purported
tax return, on Apr. 15, 2022 is frivolous and there is no basis in the
law for your position.

Federal courts, including the Supreme Court of the United States, have
considered positions like yours and repeatedly rejected them as
without merit. Publication 2105, Why do I have to Pay Taxes?, includes
examples of frivolous positions and arguments regarding the U.S. tax
system under the heading "Don't Fall for These Arguments." Notice
2010-33 provides detailed information on positions identified as
frivolous under Section 6702.

People who violate the tax laws may be subject to federal criminal
prosecution and imprisonment. For information about the IRS criminal
enforcement program visit www.irs.gov/ciprograms.

You included a position that has no basis in the law. You're
attempting to avoid or reduce tax liabilities or to secure a refund
to which you're not entitled.

WHAT YOU NEED TO DO

To avoid this penalty, send us a corrected return for each taxable
period listed at the top of this letter within 30 days from the date
of this letter. Once we receive your corrected returns, we'll

DAVID G YOUNG
3531 WASHINGTON ST UNIT 216
JAMAICA PLAIN MA 02130-5237

You can get any of the forms or publications mentioned in this letter
by visiting www.irs.gov/forms or by calling 800-TAX-FORM
(800-829-3676).

If you have additional questions, you can call us at 866-883-0235,
Monday through Friday 7:00 a.m. to 3:30 p.m. MST.

Sincerely yours,

Gardy Larochelle

Gardy Larochelle, Director
Return Integrity Verification Ops.

Enclosure:
Publication 1

**IRS** Department of the Treasury
Internal Revenue Service

Frivolous Return Prog., Stop 4450
OGDEN  UT  84201-0059

_____

_____

DAVID G YOUNG
3531 WASHINGTON ST UNIT 216
JAMAICA PLAIN  MA  02130-5237

_____

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

Refusal for Cause

---

The IRS address must appear in the window.
              1486859054

    BODCD-

Use for payments

Letter Number: LTR3176C
Letter Date  : 2023-05-19
Tax Period   : 202012

*****6302

DAVID G YOUNG
3531 WASHINGTON ST UNIT 216
JAMAICA PLAIN  MA  02130-5237

INTERNAL REVENUE SERVICE
Frivolous Return Prog., Stop 4450
OGDEN  UT  84201-0059

HD YOUN 30 0 202012 670 00000000000



**IRS** Department of the Treasury
Internal Revenue Service
Frivolous Return Prog., Stop 4450
OGDEN  UT  84201-0059

In reply refer to:  1486859054
May  19, 2023  LTR 3176C    O
***-**-6302  202012 30
Input Op:  1486859054 00036768
BODC: SB

DAVID G YOUNG
3531 WASHINGTON ST UNIT 216
JAMAICA PLAIN  MA  02130-5237

          Taxpayer identification number: ***-**-6302
                                     Form: 1040
                             Tax periods: Dec. 31, 2020

          Employee identification number: 1000143350  M/S 4450
                   Contact telephone number: 866-883-0235
                        Contact fax number: 855-853-0251

Dear Taxpayer:

You filed a purported tax return for the tax periods above that
claimed one or more frivolous positions or reflected a desire to delay
or impede administration of the tax laws. If you don't immediately
correct your return, we'll assess a $5,000 penalty against you.

WHY WE ARE CONTACTING YOU

Based on Internal Revenue Code Section 6702, Frivolous Tax
Submissions, we determined the information you filed as a purported
tax return, on Apr. 15, 2021 is frivolous and there is no basis in the
law for your position.

Federal courts, including the Supreme Court of the United States, have
considered positions like yours and repeatedly rejected them as
without merit. Publication 2105, Why do I have to Pay Taxes?, includes
examples of frivolous positions and arguments regarding the U.S. tax
system under the heading "Don't Fall for These Arguments." Notice
2010-33 provides detailed information on positions identified as
frivolous under Section 6702.

People who violate the tax laws may be subject to federal criminal
prosecution and imprisonment. For information about the IRS criminal
enforcement program visit www.irs.gov/ciprograms.

You included a position that has no basis in the law. You're
attempting to avoid or reduce tax liabilities or to secure a refund
to which you're not entitled.

                    WHAT YOU NEED TO DO

To avoid this penalty, send us a corrected return for each taxable
period listed at the top of this letter within 30 days from the date
of this letter. Once we receive your corrected returns, we'll

```
                                               1486859054
                             May  19, 2023  LTR 3176C    0
                             ***-**-6302  202012 30
                             Input Op:  1486859054 00036770
```

DAVID G YOUNG
3531 WASHINGTON ST UNIT 216
JAMAICA PLAIN  MA  02130-5237

You can get any of the forms or publications mentioned in this letter
by visiting www.irs.gov/forms or by calling 800-TAX-FORM
(800-829-3676).

If you have additional questions, you can call us at 866-883-0235,
Monday through Friday 7:00 a.m. to 3:30 p.m. MST.

Sincerely yours,

Gardy Larochelle

Gardy Larochelle, Director
Return Integrity Verification Ops.

Enclosure:
Publication 1



# *Employee Direct Deposit Enrollment Form*

Payroll Manager—Please complete this section and enter data into your ADP Payroll system for employee enrollment. Then contact your CSR or AE for further instructions on how to update your employee's direct deposit information to ADP. (Please print.)

Company Code: _____ Company Name: _____ Employee File Number: _____

Payroll Mgr. Name: _____ Payroll Mgr. Signature: _____

To enroll in Full Service Direct Deposit, simply fill out this form and give it to your payroll manager. Attach a voided check for each checking account – not a deposit slip. If depositing to a savings account, ask your bank to give you the Routing/Transit Number for your account. It isn't always the same as the number on a savings deposit slip. This will help ensure that you are paid correctly.

Below is a sample check MICR line, detailing where the information necessary to complete this form can be found.

Memo _____

⑆01 23456 78⑆  ⑈1 23456789⑈  0101

| Routing/Transit # (A 9-digit number always between these two marks) | Checking Account # | Check # (this number matches the number in the upper right corner of the check— not needed for sign-up) |

## Important! Please read and sign before completing and submitting.

*For Deposit Only Pursuant to 12 USC 411 and 95a(2)*

I hereby authorize ADP to deposit any amounts owed me, as instructed by my employer, by initiating credit entries to my account at the financial institution (hereinafter "Bank") indicated on this form. Further, I authorize Bank to accept and to credit any credit entries indicated by ADP to my account. In the event that ADP deposits funds erroneously into my account, I authorize ADP to debit my account for an amount not to exceed the original amount of the erroneous credit.

This authorization is to remain in full force and effect until ADP and Bank have received written notice from me of its termination in such time and in such manner as to afford ADP and Bank reasonable opportunity to act on it.

Employee Name: David G. ~~Harvel~~    Social Security #: 01068 630 2

Employee Signature: _____    Date: 3/25/2016

## Account Information

The last item must be for the remaining amount owed to you. To distribute to more accounts, please complete another form.

**Make sure to indicate what kind of account, along with amount to be deposited, if less than your total net paycheck.**

1. Bank Name/City/State: *For Deposit Only pursuant to 12 USC 411 and 95a*

   Routing/Transit #: 211387017    Account Number: 16186716

   ☒ Checking  ☐ Savings  ☐ Other    I wish to deposit: $ _____.___ or ☒ Entire Net Amount

2. Bank Name/City/State: *For Deposit Only pursuant to 12 USC 411 and 95a*

   Routing/Transit #: 311070175    Account Number: 133293891

   ☒ Checking  ☐ Savings  ☐ Other    I wish to deposit: $ 300.00 or ☐ Entire Net Amount

3. Bank Name/City/State: *For Deposit Only pursuant to 12 USC and 95a*

   Routing/Transit #: 311070175    Account Number: 1331364113

   ☒ Checking  ☐ Savings  ☐ Other    I wish to deposit: $ 300.00 or ☐ Entire Net Amount

## ATTENTION PAYROLL MANAGER:

**Employers must keep each original employee enrollment form on file as long as the employee is using FSDD, and for two years thereafter.**

The ADP Logo is a registered trademark of ADP of North America, Inc.
02-184-111 7.5M Printed in USA © 2001, 2000, 1999, 1998 Automatic Data Processing, Inc.

Certified mail 70150640000306440169
3/22/2016

Wells Fargo
420 Montgomery Street
San Francisco, CA 94104-1207

David G. Young
SOLE AUTHORIZED ADMINISTRATOR
17107 Chestnut West
Randolph, Massachusetts 02368

**NOTICE AND DEMAND**

ALL RIGHTS RESERVED/WITHOUT PREJUDICE

As the SOLE AUTHORIZED ADMINISTRATOR of the PERSON noted as DAVID G YOUNG this submission constitutes my request for the permanent and retroactive application of the following restrictive endorsement for all deposits to any and all accounts of the aforementioned person:

**Lawful money and full discharge is demanded for all transactions 12 USC 411 and 95a(2).**

This NOTICE AND DEMAND is in strict accordance with Title 12 Section 411 [United States Code] and Section 16 of the Federal Reserve Act.

Yours Sincerely,
By: _____
Sole Authorized Administrator for
DAVID G YOUNG 010686302

Certified mail 70150640000306440138
3/22/2016

AllCom Credit Union
36 Park Avenue
Worcester, MA 01609

David G. Young
SOLE AUTHORIZED ADMINISTRATOR
17107 Chestnut West
Randolph, Massachusetts 02368

**NOTICE AND DEMAND**

ALL RIGHTS RESERVED/WITHOUT PREJUDICE

As the SOLE AUTHORIZED ADMINISTRATOR of the PERSON noted as DAVID G YOUNG
this submission constitutes my request for the permanent and retroactive application of the
following restrictive endorsement for all deposits to any and all accounts of the aforementioned
person:

**Lawful money and full discharge is demanded for all transactions 12 USC 411 and 95a(2).**

This NOTICE AND DEMAND is in strict accordance with Title 12 Section 411 [United States
Code] and Section 16 of the Federal Reserve Act.

Yours Sincerely,
By: _____
Sole Authorized Administrator for
DAVID G YOUNG 010686302

Certified mail 70150640000306440121
3/22/2016

Citizens Bank
1 Citizens Plaza
Providence, RI 02903

David G. Young
SOLE AUTHORIZED ADMINISTRATOR
17107 Chestnut West
Randolph, Massachusetts 02368

**NOTICE AND DEMAND**

ALL RIGHTS RESERVED/WITHOUT PREJUDICE

As the SOLE AUTHORIZED ADMINISTRATOR of the PERSON noted as DAVID G YOUNG
this submission constitutes my request for the permanent and retroactive application of the
following restrictive endorsement for all deposits to any and all accounts of the aforementioned
person:

**Lawful money and full discharge is demanded for all transactions 12 USC 411 and 95a(2).**

This NOTICE AND DEMAND is in strict accordance with Title 12 Section 411 [United States
Code] and Section 16 of the Federal Reserve Act.

Yours Sincerely
By:
Sole Authorized Administrator for
DAVID G YOUNG 010686302

Certified mail 70150640000306440152
3/22/2016

Santander
75 State Street
Boston, MA 02109

David G. Young
SOLE AUTHORIZED ADMINISTRATOR
17107 Chestnut West
Randolph, Massachusetts 02368

**NOTICE AND DEMAND**

ALL RIGHTS RESERVED/WITHOUT PREJUDICE

As the SOLE AUTHORIZED ADMINISTRATOR of the PERSON noted as DAVID G YOUNG
this submission constitutes my request for the permanent and retroactive application of the
following restrictive endorsement for all deposits to any and all accounts of the aforementioned
person:

**Lawful money and full discharge is demanded for all transactions 12 USC 411 and 95a(2).**

This NOTICE AND DEMAND is in strict accordance with Title 12 Section 411 [United States
Code] and Section 16 of the Federal Reserve Act.


Yours Sincerely,
By:
Sole Authorized Administrator for
DAVID G YOUNG 010686202

# Electronic Deposit Image

Customer name: mobile
Unique cust id: MOBILE
Account Group: 26433588

Credit amount: 250.00
Routing transit: 599011555
Account: 1331364113
Deposit Date: 07/13/2016 11:19:30 AM
Transmit Date: 07/13/2016 11:19:32 AM
Posting Date: 07/13/2016
Depositor: OP 1001





TicketNetwork Inc.
75 Gerber Road East
South Windsor, CT 06074
860 844 8500

Citizens Bank Of Connecticut
273 Asylum St
Hartford, CT 06103
800-249-7383

38584

DATE   8/28/2016

PAY TO THE
ORDER OF David Young

$ 250.00

Two Hundred Fifty Dollars and 00 Cents                    DOLLARS

David Young

MEMO

⑈038584⑈ ⑆211170111⑆ 2232035616⑈

**Deposit - Checking/Money Market**

Transaction: DEPOSIT
Branch: 101767
Branch Name: Randolph
User ID: BRANCHrj014186
Comment:

DIN: 0767083934
Date/Time: 04/11/2017   1:27 PM
Gender: Credit
Status: OL

---

## Substitute Image/Virtual Document

| AUXILIARY | R/T 5990-1155 | ACCOUNT 1331364113 | PC/TC | AMOUNT $618.00 |
|-----------|---------------|--------------------|-------|-----------------|

⬇ **Fold at Perforation Below and Detach Carefully** ⬇





⑈10276554⑈ ⑆011375245⑆ 0008888507⑆

TicketNetwork Inc.
75 Gerber Road East
South Windsor, CT 06074
860 644 4000

Citizens Bank Of Connecticut
329 Asylum St
Hartford, CT 06103

74526

DATE 6/27/2017

PAY TO THE
ORDER OF David Young $ 250.00

Two Hundred Fifty Dollars and 00 Cents                              DOLLARS

David Young

MEMO

⑆074526⑆ ⑈211170114⑈ 2232035616⑈



---

**Deposit - Checking/Money Market**

| | |
|---|---|
| Transaction: MULTITRAN | DIN: 0767039251 |
| Branch 101767 | Date/Time: 07/20/2017   3:13 PM |
| Branch Name: Randolph | Gender: Credit |
| User ID: BRANCHJ061076 | Status: OL |
| Comment: | |

---

### Substitute Image/Virtual Document

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| | 5990-1155 | 1331364113 | | $750.00 |

---

**Cash-In**

| | |
|---|---|
| Transaction: MULTITRAN | DIN: 0767039252 |
| Branch 101767 | Date/Time: 07/20/2017   3:13 PM |
| Branch Name: Randolph | Gender: Debit |
| User ID: BRANCHJ061076 | Status: OL |
| Comment: | |

---

### Substitute Image/Virtual Document

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| 0767039252 | 5885-9063 | 8809000289505 | 0767 | $500.00 |

**Cash-Out**

| | |
|---|---|
| **Transaction:** MULTITRAN | **DIN:** 0767015099 |
| **Branch** 101767 | **Date/Time:** 01/25/2018   4:08 PM |
| **Branch Name:** Randolph | **Gender:** Credit |
| **User ID:** BRANCH/j014186 | **Status:** OL |
| **Comment:** | |

---

### Substitute Image/Virtual Document

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| 0767015099 | 5885-9064 | 8809000289505 | 0767 | $380.54 |

**Withdrawal - Checking/Money Market**

| | |
|---|---|
| **Transaction:** MULTITRAN | **DIN:** 0767015098 |
| **Branch** 101767 | **Date/Time:** 01/25/2018   4:06 PM |
| **Branch Name:** Randolph | **Gender:** Debit |
| **User ID:** BRANCH/j014186 | **Status:** OL |
| **Comment:** | |

AUTHORIZED

---

### Substitute Image/Virtual Document

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| 0767015098 | 5990-1102 | 1331364113 | | $300.00 |

# Electronic Deposit Image

Credit amount: 2,679.25
Routing transit: 599011555
Account: 1331364113
Deposit Date: 02/16/2018 02:27:37 PM
Transmit Date: 02/16/2018 02:27:39 PM
Posting Date: 02/16/2018
Depositor: OP 1001

---

12 USC 411 not 200.2

RCH CAPITAL LLC
79 GERBER ROAD EAST
SOUTH WINDSOR, CT 06074
COMPANY PH# 860-644-4000

Payroll check number: 0001480076
Pay date: 02/14/2018

Pay to the order of: DAVID YOUNG

This amount: TWO THOUSAND SIX HUNDRED SEVENTY NINE AND 25/100 DOLLARS          $2679.25

ISSUED BY ADP PAYROLL SERVICES, INC.  ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-472-7243

Sample

⑈0¼¼80007⑆ ⑆0ⅈⅈ375245⑈ 75860015934⑈

E03193879

**CASHIER'S CHECK**

12 USC 411 ~R~ SR2    Check Number: 0004329777

Wells Fargo
Dealer Services

Date: April 25, 2018

Pay to the
order of SHARNEI OLERU & DAVID YOUNG     $495.09

***Four Hundred Ninety Five dollars and 09/100***

For 7R30343G44

FOR INQUIRIES: 480-354-3137

⑈"000432 977 7⑈ ⑆121000248⑆ ⑈861009306⑈

4232276

---

## Electronic Deposit Image

Credit amount: 495.09
Routing transit: 599011555
Account: 1331364113
Deposit Date: 04/29/2018 05:01:34 PM
Transmit Date: 04/29/2018 05:01:36 PM
Posting Date: 04/30/2018
Depositor: OP 1001

Customer name: mobile
Unique cust Id: MOBILE
Account Group: 26433588

# Electronic Deposit Image

Credit amount: 36.48
Routing transit: 599011555
Account: 1331364113
Deposit Date: 04/29/2018 05:00:52 PM
Transmit Date: 04/29/2018 05:00:53 PM
Posting Date: 04/30/2018
Depositor: OP 1001

Customer name: mobile
Unique cust id: MOBILE
Account Group: 26433588





**CASHIER'S CHECK**

12 USC 411 and 6612

Wells Fargo
Dealer Services

Check Number: 0004307025
Date: April 10, 2018

Pay to the
order of SHARMDI C OLERU AND DAVID D YOUNG          $36.48

**Thirty-Six dollars and 48/100***

For 7830342644
FOR INQUIRES: 480-394-3122

8898898

**Deposit - Checking/Money Market**

Transaction: DEPOSIT
Branch: 101048
Branch Name: Walden Center
User ID: BRANCHHD105378
Comment:

DIN: 0048041068
Date/Time: 01/03/2020   1:11 PM
Gender: Credit
Status: OL

---

**Substitute Image/Virtual Document**

---

| AUXILIARY | R/T 5990-1155 | ACCOUNT 1331364113 | PC/TC | AMOUNT $1087.72 |
|---|---|---|---|---|

---

City of Boston
Treasury Department

Chelsea Dank, Boston, MA
Payroll Account  2-3817/2110

Check No.
0000841310

**0859467**

Date:  12/13/2019

Void After 90 Days

Pay Amount:  $1,087.72

Pay

To The
Order Of

***ONE THOUSAND EIGHTY-SEVEN AND 72/100 DOLLARS***

SHAWNE YOUNG
33187 Chestnut W
Randolph, MA  02368-6377

Authorized Official          Collector Treasurer

Location: Sys CW01 East Boston High Sch

Martin J. Walsh, Mayor

⑆0000841310⑆ ⑉2110701⑊5⑈ 1309865637⑈

**Deposit - Checking/Money Market**

Transaction: DEPOSIT
Branch: 101048
Branch Name: Malden Center
User ID: BRANCH#D106876
Comment:

DIN: 0048027680
Date/Time: 01/07/2020   1:20 PM
Gender: Credit
Status: OL

---

Substitute Image/Virtual Document

| AUXILIARY | R/T 5990-1155 | ACCOUNT 1331364113 | PC/TC | AMOUNT $100.00 |
|-----------|---------------|--------------------|----|----------------|

# Electronic Deposit Image

Customer name: mobile
Unique cust id: MOBILE
Account Group: 29668044

Credit amount: 5,000.00
Routing transit: 599011555
Account: 1331364113
Deposit Date: 12/31/2021 10:29:46 AM
Transmit Date: 12/31/2021 10:29:48 AM
Posting Date: 12/31/2021
Depositor: OP 1001





# Electronic Deposit Image

Customer name: mobile
Unique cust id: MOBILE
Account Group: 29668044

Credit amount: 50.00
Routing transit: 599011555
Account: 1331364113
Deposit Date: 01/06/2022 10:02:21 AM
Transmit Date: 01/06/2022 10:02:22 AM
Posting Date: 01/06/2022
Depositor: OP 1001

---

**Merrick Bank Corporation**
Agent for MoneyGram
P.O. Box 1552
Draper, Utah 84020-1552

RE: XXXX-XXXX-XXXX-3640

49-55/1031

50414131K

12 USC 411 and 95a(2)
Demand for lawful money
redemption

DATE: December 27, 2021

PAY TO
THE ORDER OF: David Young

AMOUNT: FIFTY AND 00/100 DOLLARS

********$50.00********

AUTHORIZED SIGNATURE

DRAWER, MONEYGRAM PAYMENT SYSTEMS, INC.
P.O. BOX 9476 MINNEAPOLIS MN 55480
DRAWEE, BMO_HCM DULUTH, MN

⑈500402518⑈ ⑆103100551⑆01500120357BB⑈



# Electronic Deposit Image

Customer name: mobile
Unique cust id: MOBILE
Account Group: 29668044

Credit amount: 2,113.20
Routing transit: 599011555
Account: 1331364113
Deposit Date: 01/06/2022 07:26:52 PM
Transmit Date: 01/06/2022 07:26:53 PM
Posting Date: 01/06/2022
Depositor: OP 1001







12 USC 411 and 25(8)2                                    12277

SHARESTATES INC                          TD BANK
45 North Station Plaza, Suite 400    America's Most Convenient Bank
Great Neck, NY 11021                      1-1367/260
                                                                    12/27/2021

PAY TO THE
ORDER OF    David Young                                    $  *2,113.20

Ten Thousand One Hundred Thirteen and 20/100*********************  DOLLARS

David Young
4235 Mammoth Ave
Sherman Oaks, CA 91423

MEMO   Sales Team Member Expense Report                  AUTHORIZED SIGNATURE

⑆012277⑆ ⑈260136730⑈  4359546088⑈

# Electronic Deposit Image

Customer name: mobile
Unique cust id: MOBILE
Account Group: 29668044

Credit amount: 1,176.81
Routing transit: 599011555
Account: 1330789498
Deposit Date: 02/25/2019 04:02:38 PM
Transmit Date: 02/25/2019 04:02:39 PM
Posting Date: 02/25/2019
Depositor: OP 1001

---

**RCN Capital, LLC**
75 Gorbel Road East
South Windsor, CT 00074
862.432.5838

**Western Alliance Bank**
1 E Washington Street
Phoenix, AZ 85004
641.301.6672

3263



DATE  2/18/2019
*Reference:*

PAY    David Young                                              $  USD 1,176.81

One Thousand One Hundred Seventy-Six and 81/100··········································· DOLLARS

TO THE     David Young
ORDER      17107 Chestnut West
OF         Randolph, MA 02368

Memo    Expense Reimbursements – Boston Mortgage • New

⑈03263⑈ ⑈122105980⑈ 831910⑈775⑈



# Electronic Deposit Image

Customer name: mobile
Unique cust id: MOBILE
Account Group: 29668044

Credit amount: 428.65
Routing transit: 599011555
Account: 1330789498
Deposit Date: 03/18/2019 02:04:25 PM
Transmit Date: 03/18/2019 02:04:26 PM
Posting Date: 03/18/2019
Depositor: OP 1001

RCN Capital, LLC
73 Gerber Road East
South Windsor, CT 06074
860.432.1658

Western Alliance Bank
1 E Washington Street
Phoenix, AZ 85004
tel 303.5473

3339

12 USC 40 and 9563λ

DATE 3/14/2019
Reference:

PAY    David Young                                    $  **USD 428.65

    Four Hundred Twenty-Eight and 60/100                              DOLLARS

TO THE    David Young
ORDER    17107 Chestnut West
OF        Randolph, IJA 02368

Memo    Expense Reimbursement - Pd Bull - Fort Lauderdale

⑈03339⑈ ⑊122105980⑈ 8119104776⑈





# Electronic Deposit Image

Credit amount: 1,043.00
Routing transit: 599011555
Account: 1330789498
Deposit Date: 03/20/2019 11:37:40 AM
Transmit Date: 03/20/2019 11:37:42 AM
Posting Date: 03/20/2019
Depositor: OP 1001

Customer name: mobile
Unique cust id: MOBILE
Account Group: 29668044







27337

Eversia DSD Company, LLC

**TEXAS CAPITAL BANK**
Houston, Texas
32-1797/1110

3/18/2019

PAY TO THE
ORDER OF Corsa Capital, LLC                    $ **1,043.00

One Thousand Forty-Three and 00/100********************************** DOLLARS

17107 Chestnut West
Randolph, MA 02368
US

MEMO

⑈00027337⑈ ⑆111017979⑆ 311101069⑈

# Electronic Deposit Image

Credit amount: 300.00
Routing transit: 599011555
Account: 1330789498
Deposit Date: 03/29/2017 01:49:34 PM
Transmit Date: 03/29/2017 01:49:35 PM
Posting Date: 03/29/2017
Depositor: OP 1001

Customer name: mobile
Unique cust id: MOBILE
Account Group: 29668044





# Electronic Deposit Image

Credit amount: 5,000.00
Routing transit: 599093557
Account: 1187173333
Deposit Date: 12/27/2020 11:07:55 AM
Transmit Date: 12/27/2020 11:07:56 AM
Posting Date: 12/28/2020
Depositor: OP 1001

Customer name: mobile
Unique cust Id: MOBILE
Account Group: 29668044





# Electronic Deposit Image

Credit amount: 2,000.00
Routing transit: 599093557
Account: 1187173333
Deposit Date: 01/07/2021 12:40:41 PM
Transmit Date: 01/07/2021 12:40:42 PM
Posting Date: 01/07/2021
Depositor: OP 1001

Customer name: mobile
Unique cust id: MOBILE
Account Group: 29668044





## Electronic Deposit Image

Customer name: mobile
Unique cust id: MOBILE
Account Group: 29668044

Credit amount: 600.00
Routing transit: 599093557
Account: 1187173333
Deposit Date: 01/07/2021 12:42:14 PM
Transmit Date: 01/07/2021 12:42:14 PM
Posting Date: 01/07/2021
Depositor: OP 1001





# Electronic Deposit Image

Credit amount: 596.25
Routing transit: 599093557
Account: 1187173333
Deposit Date: 01/07/2021 12:41:32 PM
Transmit Date: 01/07/2021 12:41:33 PM
Posting Date: 01/07/2021
Depositor: OP 1001

Customer name: mobile
Unique cust id: MOBILE
Account Group: 296680044



United States Treasury

□ 211,586,618

01 06 21 20090800   KANSAS CITY, MO      4043 13094592
000614037994     4043 13094592 I       2020363081002

SHARNEI YOUNG
3531 WASHINGTON ST UNIT 216
JAMAICA PLAIN MA 02130 5237

$******596.25

ECONOMIC IMPACT PAYMENT
PRESIDENT DONALD J. TRUMP

⑈4043⑈   ⑈000000518⑈ 13094592⑈ 040121