| United States District Court<br>For the District of Massachusetts<br>1 Courthouse Way; Boston, Massachusetts ?<br>*ATTN:* Frank Dennis SAYLOR | |
|---|---|
| **Re: The Redemption of David George** | **Miscellaneous Case #23-mc-91595** |
| **Notice of Garnishment - Rule B(1)(c)** ||

Comes now David George of the YOUNG family and Redeemed. Title 12 USC §411 allows for "Them", "*They* shall be redeemed..." to make demand and be removed from the national debt Special Drawing Rights (SDR) in the same sense as the original verbiage at Section 16 of the 1913 Federal Reserve Act. Gold is fine white powder. Search out "Fed Assets Current" for the latest report and pay attention to Footnote 2. A better definition for SDR (Special Drawing Rights) is, "The measure of social conditioning to blindly endorse the private credit from the local central bank (the US Federal Reserve)."

Dear Clerk of Court;

You have received process as Certificate of Exigent Circumstances in Doc 1 instant - Three Pages. "Recently I, David George am in receipt by mail of three presentments, 3176 Letters for three tax years 2020-2022. These presentments are attached and conspicuously marked, "Refusal for Cause... "Additionally I have the judicial oath of alleged Chief Judge Frank Dennis SAYLOR and have found it deviant from the form prescribed by Congress..." This oath of office is likewise Refused for Cause and included which means, that any judge in the District of Massachusetts is disqualified too, whether I can find his or her oath of office, or not."

The clerk of court Robert M. FARRELL was notified as well: "Court review is impracticable and there is no sovereign or judicial immunity from an instant lien. The deviant oath of office constitutes evidence for any B(1)(c) seizure of personal property and any subsequent E(4)(f) hearing." Additionally Title 18 USC §2076 is cited in the Certificate of Mailing of Doc 1 so the malfeasance and conspiracy evident is in clear focus.

Only the first three pages, the Clerk Instruction was published on PACER and upon careful consideration has prompted and encouraged IRS agent Tony CASO to write a pointedly vicious bill for an outrageous amount of money, extending back over an irregular timeframe. On the face of this evidence herein the clerk of court and the IRS are hereby determined to be in a conspiracy Title 18 §§371 and 241 and in direct violation of Title 18 USC §2076. The clerk of court has committed fraud by omission and encouraged Tony CASO to enter into conspiracy to extort and coerce money from David George.

Being that the evidence of Exigent Circumstance has been omitted from Doc 1, it is herein clear that this Garnishment (waiver of tort) cannot be reviewed judicially. The amount of the billing is in tally, depending on whether this Doc is published in its fullness, completing the abrogated Doc 1 or not.. The papers that were omitted from Doc 1 herein are attached and fully integrated into this Document, which is primarily a Refusal for Cause on Tony CASO's presentment. A formal request is in with the DoJ for "Judge" Allison Dale BURROUGHS. Evidence the request has been made is attached but the testimony of "Chief Judge" Frank Dennis SAYLOR is herein FILED a second time, due to clerk malfeasance and fraud by the Clerk in Doc 1 herein.

ATTENTION: Tony CASO is in no way, shape or form permitted to share any alleged information with any third parties as threatened in his illegal billing process. David George reserves and retains all rights regarding recourse for libel and slander preventing the IRS from slurs to his good name, including any variations and legal identities David George YOUNG and his estate.

*David George* (signed)

**Notary:**
**Certificate of Notary:** *Daniel C LaGuerre 5/7/2024*



DANIEL C LAGUERRE
Notary Public, Commonwealth of Massachusetts
My Commission Expires April 19, 2030

# Certificate of Mailing

And that upon PACER publication - Title 18 USC §2076 - I have mailed Registered Mail the pdf printout (original R4C on the original Notice of Appointment Letter to YELLEN included) to:

US Treasury - Janet Louise YELLEN
US Governor for the IMF
1500 Pennsylvania Avenue NW
Washington, DC 20220

Registered Mail: RE332495266US
Return receipt: 332495266

Department of the Treasury
Internal Revenue Service
Stop 4450
Ogden, Utah. 84201-0059

Registered Mail: RE332495252US
Return receipt: 332495252

Federal Reserve Bank - Boston
600 Atlantic Ave, Boston, MA 02210

Registered Mail: RE332495280US
Return receipt: 332495270

Served by professional process server upon PACER publication, preferably on May 9th:

IRS - Tony CASO - EID#08-54921
310 Lowell St Mail Stop 377
Andover, MA 01810