
**Department of the Treasury**
**Internal Revenue Service**
**Small Business / Self-Employed Division**
310 LOWELL ST MAIL STOP 377
ANDOVER MA 01810

Date:
04/26/2024
Person to contact:
Name: TONY CASO
Employee ID number: 08-54921
Telephone: 978-783-8054
Fax: 877-931-3455
Taxpayer ID number:
XXX-XX-6302

DAVID G YOUNG
3531 WASHINGTON ST UNIT 216
JAMAICA PLAIN MA 02130

*refusal for cause* [handwritten in red]

Dear DAVID G YOUNG:

### NOTICE OF APPOINTMENT
### We Assigned your Tax Matter to a Field Revenue Officer for Investigation

**Why you're receiving this letter**
We need to discuss your unfiled tax returns or an amount you may owe. I've scheduled the following meeting:

Date: 05/10/2024

Time: 1030 AM (Allow two to three hours for your appointment)

Place: TELEPHONE

Contact me at the number shown above to confirm your appointment within 10 days from the date of this letter. If you do not confirm your appointment, it will not be canceled and I may need to contact third parties.

**Someone May Represent You**
You may have someone represent you during any part of this investigation. If you want someone to represent you, please provide a completed Form 2848, Power of Attorney and Declaration of Representative, at our first appointment.

If you prefer, you may mail or fax the form to me prior to our first appointment. You can get this form from our office, by visiting IRS.gov, or calling 800-TAX-FORM (800-829-3676). If you decide to get representation after the interview has started, in most cases, we will reschedule our interview until you can secure representation.

If you fax your information, use either a fax machine or an online fax service. Protect yourself when sending digital data by understanding the fax service's privacy and security policies.

We'll be discussing your filing and payments for the following tax periods

| Form number | Tax period | Delinquent return indicator | Amount you owe |
|---|---|---|---|
| 1040, CIV PEN | 2012 - 2022 | N | $129,908.00 |

**Interest - Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice.

Letter 725-B (Rev. 4-2024)
Catalog Number 93277T

Interest is also charged on penalties assessed on your account. Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

**Paying Late - Internal Revenue Code Section 6651(a)(2)**
We charge a penalty when your tax is not paid on time. Initially, the penalty is ½ % of the unpaid tax for each month or part of a month the tax was not paid.

If you have questions about your account or would like a detailed explanation of the penalty and interest charges on your account, please review Notice 746, Information About Your Notice, Penalty and Interest; available at IRS.gov. If you have additional questions or concerns, they can be addressed during your meeting.

**What to expect at your appointment**
Generally, the appointment is scheduled to last approximately two hours. During the interview, the information provided will be reviewed. It's important that you bring all the items requested. The goal is to come to a compliance resolution at this meeting.

**What will happen if you don't respond**
If you don't respond to this letter, keep your appointment, or provide all the information requested, the law allows enforcement action to be taken to collect balances and secure delinquent returns based on the information available. Therefore, it's to your advantage to keep your appointment and provide the requested documents if you're unable to file the appropriate tax returns and fully pay the tax liabilities prior to the appointment.

All items need to be received during our scheduled meeting. Your federal tax and estimated tax deposit requirements will be monitored until a case resolution is reached. Timely receipt of the requested documents or information will help reach a case resolution.

**What to do next**
Contact me at the number shown above to discuss the upcoming appointment. The purpose of this contact isn't to discuss resolution but to confirm the appointment and to answer any questions you're uncertain about. Failure to contact me doesn't cancel the appointment or negate the requirement to provide the information listed in this letter.

Visit **IRS.gov/lt725b** for more information about this letter.

The following publications will be discussed at your appointment:
- Publication 1, Your Rights as a Taxpayer
- Publication 594, The IRS Collection Process
- Publication 1660, Collection Appeal Rights

*[handwritten in red: refusal for cause]*

Letter 725-B (Rev. 4-2024)
Catalog Number 93277T



If you don't have a representative but wish to appoint one, please fax or mail a completed Form 2848, Power of Attorney and Declaration of Representative, as soon as possible. Pursuant to Internal Revenue Code Section 6103 and Form 2848, a copy of this notice will be provided to you and an appointed representative as appropriate.

Sincerely,

TONY CASO
REVENUE OFFICER

Enclosures:
Publication 1
Publication 594
Publication 1660

*refusal for cause*

**Notification of consequences of failure to meet the above deadlines:** Failure to meet the above deadlines by the specified date(s) may require the IRS to take certain actions, such as issuing a summons, issuing a Notice of Levy, or other actions as specified below.

| Revenue Officer Name and Employee Identification Number | Date | Telephone / Fax Number |
|---|---|---|
| - TONY CASO 1000854921 | 4/26/2024 | (978)783-8054 |
| Office Address | | Fax - (877)931-3455 |

310 LOWELL STREET STOP 377 ANDOVER, MA 01810

Form **9297** (Rev. 5-2009)                           Department of the Treasury – Internal Revenue Ser