| United States District Court<br>For the District of Massachusetts<br>1 Courthouse Way; Boston, Massachusetts<br>*ATTN:* Frank Dennis SAYLOR | Miscellaneous Case #23-mc-91595 |
|---|---|
| **Re: The Redemption of David George** | |

**Petition for Writ of Habeas Corpus**
**Indictment of Anthony CASO**

Comes now David George of the YOUNG family and Redeemed. Title 12 USC §411 allows for "Them", "*They* shall be redeemed..." to make demand and be removed from the national debt Special Drawing Rights (SDR) in the same sense as the original verbiage at Section 16 of the 1913 Federal Reserve Act.

Anthony CASO, agent of Janet Louise YELLEN notified in this evidence repository has posed (criminal impersonation) fraudulent but convincing IRS collections process and/or defrauded David George's bank to divert funds from his account.

Clearly shown is that Anthony CASO (hereafter CASO) told Citizens Bank that CASO had filed (published Notice of Federal Tax Lien - NOFTL) on 5/23/24 in a letter dated the same day.

In order to respond David George was granted over 60 Days before Citizens Bank swept his account of $4,352.29.

```
   07/29           4,352.29    LEVY WITHDRAWAL
                               IRS LEVY
```



**IRS** Department of the Treasury
Internal Revenue Service
CCP-LU TONY CASO
310 LOWELL ST
ANDOVER, MA 01810

**CERTIFIED MAIL**

9307110756600623128887

Letter Date: 05/23/2024
Taxpayer Identification Number:
XXX-XX-6302
Person to Contact:
TONY CASO
Contact Telephone Number:
(978) 783-8054
Employee Identification Number:
1000854921

DAVID G YOUNG
3531 WASHINGTON ST UNIT 216
JAMAICA PLAIN, MA 02130-5237

000050

## Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320

Dear DAVID G YOUNG

We filed a Notice of Federal Tax Lien on 05/23/2024 .

| Type of Tax | Tax Period | Assessment Date | Amount on Lien |
|---|---|---|---|
| 1040 | 12/31/2012 | 03/18/2013 | .00 |
| 1040 | 12/31/2012 | 04/13/2015 | 14844.00 |
| 1040 | 12/31/2014 | 05/04/2015 | .00 |
| 1040 | 12/31/2014 | 11/28/2016 | 23209.71 |
| 1040 | 12/31/2015 | 04/18/2016 | .00 |
| 1040 | 12/31/2015 | 09/25/2017 | 3297.56 |
| 1040 | 12/31/2017 | 10/18/2021 | 50396.23 |
| 1040 | 12/31/2020 | 08/23/2021 | .00 |
| 1040 | 12/31/2020 | 02/19/2024 | 15968.79 |
| 6702A | 12/31/2017 | 07/29/2019 | 6334.27 |
| 6702A | 12/31/2020 | 08/21/2023 | 5285.82 |
| 6702A | 12/31/2021 | 08/21/2023 | 5285.82 |
| 6702A | 12/31/2022 | 08/21/2023 | 5285.82 |

NOTE: Please contact the person whose name and telephone number appears on this notice to obtain the current amount you owe. Additional interest and penalties may be increasing the amount on the lien shown above.

*A lien attaches to all property you currently own and to all property you may acquire in the future. It also may damage your credit rating and hinder your ability to obtain additional credit.*

You have the right to a hearing with us to appeal this collection action and to discuss your payment method options. To explain the different collection appeal procedures available to you, we have enclosed Publication 1660, Collection Appeal Rights.

You must request your hearing by 07/01/2024 . Please complete the enclosed Form 12153, *Request for a Collection Due Process or Equivalent Hearing,* and mail it to:

Internal Revenue Service
310 LOWELL ST
ANDOVER, MA 01810

Letter 3172 (DO)
Catalog No. 2676

*[Handwritten: Refused for Cause]*

**IRS** Department of the Treasury
Internal Revenue Service

CCP-LU TONY CASO
310 LOWELL ST
ANDOVER, MA 01810

**CERTIFIED MAIL**

9307110756600623128887

Letter Date: 05/23/2024
Taxpayer Identification Number:
XXX-XX-6302
Person to Contact:
TONY CASO
Contact Telephone Number:
(978) 783-8054
Employee Identification Number:
1000854921



DAVID G YOUNG
3531 WASHINGTON ST UNIT 216
JAMAICA PLAIN, MA 02130-5237

000050

## Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320

Dear DAVID G YOUNG

We filed a Notice of Federal Tax Lien on 05/23/2024 .

| Type of Tax | Tax Period | Assessment Date | Amount on Lien |
|---|---|---|---|
| 1040 | 12/31/2012 | 03/18/2013 | .00 |
| 1040 | 12/31/2012 | 04/13/2015 | 14844.00 |
| 1040 | 12/31/2014 | 05/04/2015 | .00 |
| 1040 | 12/31/2014 | 11/28/2016 | 23209.71 |
| 1040 | 12/31/2015 | 04/18/2016 | .00 |
| 1040 | 12/31/2015 | 09/25/2017 | 3297.56 |
| 1040 | 12/31/2017 | 10/18/2021 | 50396.23 |
| 1040 | 12/31/2020 | 08/23/2021 | .00 |
| 1040 | 12/31/2020 | 02/19/2024 | 15968.79 |
| 6702A | 12/31/2017 | 07/29/2019 | 6334.27 |
| 6702A | 12/31/2020 | 08/21/2023 | 5285.82 |
| 6702A | 12/31/2021 | 08/21/2023 | 5285.82 |
| 6702A | 12/31/2022 | 08/21/2023 | 5285.82 |

NOTE: Please contact the person whose name and telephone number appears on this notice to obtain the current amount you owe. Additional interest and penalties may be increasing the amount on the lien shown above.

A lien attaches to all property you currently own and to all property you may acquire in the future. It also may damage your credit rating and hinder your ability to obtain additional credit.

You have the right to a hearing with us to appeal this collection action and to discuss your payment method options. To explain the different collection appeal procedures available to you, we have enclosed Publication 1660, Collection Appeal Rights.

You must request your hearing by 07/01/2024 . Please complete the enclosed Form 12153, Request for a Collection Due Process or Equivalent Hearing, and mail it to:

Internal Revenue Service
310 LOWELL ST
ANDOVER, MA 01810

Letter 3172 (DO)
Catalog No. 2676

## Denial or revocation of United States passport

On December 4, 2015, as part of the Fixing America's Surface Transportation (FAST) Act, Congress enacted section 7345 of the Internal Revenue code, which requires the Internal Revenue Service to notify the State Department of taxpayers certified as owing a seriously delinquent tax debt. The FAST Act generally prohibits the State Department from issuing or renewing a passport to a taxpayer with seriously delinquent tax debt.

Seriously delinquent tax debt means an unpaid, legally enforceable federal tax debt of an individual totaling more than $62,000 for which, a Notice of Federal Tax lien has been filed and all administrative remedies under IRC 6320 have lapsed or been exhausted, or a levy has been issued. If you are individually liable for tax debt (including penalties and interest) totaling more than $62,000 and you do not pay the amount you owe or make alternate arrangements to pay, or request a Collection Due Process hearing by 07/01/2024, we may notify the State Department that your tax debt is seriously delinquent. The State Department generally will not issue or renew a passport to you after we make this notification. If you currently have a valid passport, the State Department may revoke your passport or limit your ability to travel outside the United States. Additional information on passport certification is available at www.irs.gov/passports.

We will issue a Form 668(Z), *Certificate of Release of Notice of Federal Tax Lien*, within 30 days:
- After you pay the full amount of your debt;
- We accept a bond guaranteeing payment of the amount owed; or
- A decision is made to adjust your account (i.e., during an Appeals hearing).

We have enclosed Publication 1450, Instructions on How to Request a Certificate of Release of Federal Tax Lien.

If you have any questions, please contact the person whose name and telephone number appear at the top of this letter.

Sincerely,

*[signature]*

Director, Specialty Collections

**Enclosures:**
Publication 594, *The Collection Process*
Publication 1450, *Instructions on Requesting a Certificate of Release of Federal Tax Lien*
Publication 1660, *Collection Appeal Rights*
Form 668 (Y)(C), *Notice of Federal Tax Lien*
Form 12153, *Request for a Collection Due Process Hearing*

Letter 3172 (DO) rev. (11-2021)
Catalog No. 26767I

| | 1872 | Department of the Treasury - Internal Revenue Service | | |
|---|---|---|---|---|
| Form 668 (Y)(c) (Rev. February 2004) | | **Notice of Federal Tax Lien** | | |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #1 (800) 913-6050 | Serial Number 493560824 | For Optional Use by Recording Office |
|---|---|---|
| As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue. | | • This Notice of Federal Tax Lien has been filed as a matter of public record.<br>• IRS will continue to charge penalty and interest until you satisfy the amount you owe.<br>• Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.<br>• See the back of this page for an explanation of your Administrative Appeal rights. |
| Name of Taxpayer DAVID G YOUNG | | |
| Residence 3531 WASHINGTON ST UNIT 216 JAMAICA PLAIN, MA 02130-5237 | | |

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2012 | XXX-XX-6302 | 03/18/2013 | 04/17/2033 | |
| 1040 | 12/31/2012 | XXX-XX-6302 | 04/13/2015 | 05/13/2025 | 14844.00 |
| 1040 | 12/31/2014 | XXX-XX-6302 | 05/04/2015 | 06/03/2025 | |
| 1040 | 12/31/2014 | XXX-XX-6302 | 11/28/2016 | 12/28/2026 | 23209.71 |
| 1040 | 12/31/2015 | XXX-XX-6302 | 04/18/2016 | 05/18/2026 | |
| 1040 | 12/31/2015 | XXX-XX-6302 | 09/25/2017 | 10/25/2027 | 3297.56 |
| 1040 | 12/31/2017 | XXX-XX-6302 | 10/18/2021 | 11/17/2031 | 50396.23 |
| 1040 | 12/31/2020 | XXX-XX-6302 | 08/23/2021 | 09/22/2031 | |
| 1040 | 12/31/2020 | XXX-XX-6302 | 02/19/2024 | 03/21/2034 | 15968.79 |
| 6702A | 12/31/2017 | XXX-XX-6302 | 07/29/2019 | 08/28/2029 | 6334.27 |
| 6702A | 12/31/2020 | XXX-XX-6302 | 08/21/2023 | 09/20/2033 | 5285.82 |
| 6702A | 12/31/2021 | XXX-XX-6302 | 08/21/2023 | 09/20/2033 | 5285.82 |
| 6702A | 12/31/2022 | XXX-XX-6302 | 08/21/2023 | 09/20/2033 | 5285.82 |

| Place of Filing | | |
|---|---|---|
| Registry of Deeds Suffolk County Boston, MA 02114 | Total | 129908.02 |

This notice was prepared and signed at __MANHATTAN, NY__, on this, the __13th__ day of __May__, __2024__.

| Signature for | Title REVENUE OFFICER (978) 783-8054 | 21-01-2816 |
|---|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 3 - Taxpayer's Copy

CAT. NO 60025X
Form 668 (Y)(c) (Rev. 02-04)

The 5th Page with instructional/definitions is not shown. For continuity all four pages of the five are shown with "Place of Filing - Suffolk County" On or around May 13th, 2024. However the narrative declaration is that the NOFTL "notice" was prepared and signed on May 13th. This is the fraudulent misleading - this NOFTL was not actually filed until last week,

September 27th, 2024!

Bk: 70641 Pg: 74

| Form 668 (Y)(c) (Rev. February 2004) | 4188 Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | | |
|---|---|---|---|
| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #1<br>Lien Unit Phone: (800) 913-6050 | Serial Number<br><br>493560824 | | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

2024 00060340
Bk: 70641 Pg: 74  Page: 1 of 1
Recorded: 09/27/2024 01:34 PM
ATTEST:Stephen J. Murphy, Register
Suffolk County Registry of Deeds

Name of Taxpayer DAVID G YOUNG

Residence  3531 WASHINGTON ST UNIT 216
JAMAICA PLAIN, MA 02130-5237

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2012 | XXX-XX-6302 | 03/18/2013 | 04/17/2033 | |
| 1040 | 12/31/2012 | XXX-XX-6302 | 04/13/2015 | 05/13/2025 | 14844.00 |
| 1040 | 12/31/2014 | XXX-XX-6302 | 05/04/2015 | 06/03/2025 | |
| 1040 | 12/31/2014 | XXX-XX-6302 | 11/28/2016 | 12/28/2026 | 23209.71 |
| 1040 | 12/31/2015 | XXX-XX-6302 | 04/18/2016 | 05/18/2026 | |
| 1040 | 12/31/2015 | XXX-XX-6302 | 09/25/2017 | 10/25/2027 | 3297.56 |
| 1040 | 12/31/2017 | XXX-XX-6302 | 10/18/2021 | 11/17/2031 | 50396.23 |
| 1040 | 12/31/2020 | XXX-XX-6302 | 08/23/2021 | 09/22/2031 | |
| 1040 | 12/31/2020 | XXX-XX-6302 | 02/19/2024 | 03/21/2034 | 15968.79 |
| 6702A | 12/31/2017 | XXX-XX-6302 | 07/29/2019 | 08/28/2029 | 6334.27 |
| 6702A | 12/31/2020 | XXX-XX-6302 | 08/21/2023 | 09/20/2033 | 5285.82 |
| 6702A | 12/31/2021 | XXX-XX-6302 | 08/21/2023 | 09/20/2033 | 5285.82 |
| 6702A | 12/31/2022 | XXX-XX-6302 | 08/21/2023 | 09/20/2033 | 5285.82 |

Place of Filing
Registry of Deeds
Suffolk County                                                Total  $   129908.02
Boston, MA 02114

This notice was prepared and signed at  MANHATTAN, NY , on this,

the  13th  day of  May  , 2024 .

Signature  _for TONY CASO_   Title  REVENUE OFFICER   21-01-2816
(978) 783-8054

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

It clearly says, "We filed a Notice of Federal Tax Lien on 5/23/24." The Taxpayer's Copy of the Notice of Levy was mailed to Wells Fargo on 7/17/24. This Form 8519 was supplied to David George by Wells Fargo at the branch addressed:

| Form 8519<br>(April 2020) | Department of the Treasury - Internal Revenue Service<br>**Taxpayer's Copy of Notice of Levy** |
|---|---|
| Date<br>07/17/2024 | Telephone number of IRS office<br>(978) 783-8054 |
| Reply To: Internal Revenue Service<br>TONY CASO<br>310 LOWELL STREET<br>STOP 377<br>ANDOVER, MA 01810-0000 | Name and address of taxpayer<br>DAVID G YOUNG<br>3531 WASHINGTON ST UNIT 216<br>JAMAICA PLAIN, MA 02130-5237665 |
| To<br>WELLS FARGO<br>LEGAL ORDER PROCESSING<br>PO BOX 29779<br>PHOENIX, AZ 85038-0000 | Identifying number(s):<br>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 |

000050

*(handwritten: "refused for cause")*

Special instructions for certain property levied

This isn't a bill for taxes you owe. This is a notice of levy we are using to collect money owed by the taxpayer named above.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 201212 | $14854.00 | $344.75 | $15198.75 |
| 1040 | 201412 | $23209.71 | $538.79 | $23748.50 |
| 1040 | 201512 | $3297.56 | $76.55 | $3374.11 |
| 1040 | 201712 | $50396.23 | $1169.89 | $51566.12 |
| 1040 | 202012 | $15968.79 | $1279.66 | $17248.45 |
| CIVPEN | 201712 | $6334.27 | $147.04 | $6481.31 |
| CIVPEN | 202012 | $5285.82 | $122.70 | $5408.52 |
| CIVPEN | 202112 | $5285.82 | $122.70 | $5408.52 |
| CIVPEN | 202212 | $5285.82 | $122.70 | $5408.52 |
| | | | **Total Amount Due** | **$133,842.80** |

We figured the interest and late payment penalty to: 08/19/2024

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have (or are already obligated for) when they would have paid you. This levy does not attach to funds in IRAs, Self-Employed Individuals' Retirement Plans, or any other retirement plans in your possession or control.

If you decide to pay the amount you owe now, please bring a guaranteed payment (cash, cashier's check, certified check, or money order*) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to United States Treasury. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

*Visit www.irs.gov to determine the closest IRS office that furnishes cash payment processing service. You will need to make an appointment at the IRS office in order to make a payment.

| Signature of Service Representative<br>TONY CASO | Title |
|---|---|

Catalog Number 63518R    www.irs.gov    Form **8519** (Rev. 4-2020)

The above facts clearly express that the NOFTL has been published at the Suffolk County Registry of Deeds prior to diverting funds from David George's Citizens Bank account - $4,352.29. The Notice of Federal Tax Lien was never filed in the Register of Deeds until September 27, 2024, months after the theft of the funds by Tony CASO, under the color of IRS process. Tony CASO is using IRS process to commit grand larceny.

*[signature]*
David George

**Notary:**
**Certificate of Notary:**

The Commonwealth of Massachusetts
On this ___ day of __October__, 20_24_,
before me, the undersigned notary public, personally appeared
__David G. Young__
proved to me through satisfactory evidence of identification, which were ___ ID
to be the person whose name is signed on the preceding or attached document and
acknowledged to me that he/she signed it voluntarily for its stated purpose.

MAXWELL MONTEIRO, Notary Public
My Commission Expires February 16, 2029

# Certificate of Mailing

And that upon PACER publication - Title 18 USC §2076 - I have mailed Registered Mail the pdf printout (original R4C on the original Notice of Appointment Letter to YELLEN included) to:

US Treasury - Janet Louise YELLEN  Registered Mail: RE 332 495 323 US
US Governor for the IMF             Return receipt:
1500 Pennsylvania Avenue NW
Washington, DC 20220

Department of the Treasury          Registered Mail: RE 332 495 310 US
Internal Revenue Service            Return receipt:
Stop 4450
Ogden, Utah. 84201-0059

Federal Reserve Bank - Boston       Registered Mail: RE 332 495 337 US
600 Atlantic Ave, Boston, MA 02210  Return receipt:

IRS - Tony CASO - EID#08-54921      Registered Mail: RE 332 495 345 US
310 Lowell St Mail Stop 377         Return receipt:
Andover, MA 01810

Wells Fargo Bank                    Registered Mail: RE 332 495 354 US
Legal Order Processing              Return receipt:
P.O. Box 29779
Phoenix, AZ 85038-0000

Citizens Bank Legal Department      Registered Mail: RE 332 495 368 US
525 William Penn Pl Ste PW2140      Return receipt:
Pittsburgh, PA 15219-170779

With the Motion for Writ of Habeas Corpus reversed to the Front as a Cover:

The US Supreme Court                Registered Mail: RE 332 495 371 US
Attn: Justice Brett Michael KAVANAUGH Return receipt:
1 First Street, NE
Washington, DC 20543

## Motion for Petition for Writ of Habeas Corpus

Court review is impracticable well within the context of Rule B(1)(c) because there are no judicial officers in the US Court System. Brett Michael KAVANAUGH is the only qualified judicial officer, apparently. This cause is directed specifically to Justice KAVANAUGH based on the oaths at the end of this Motion.

A prison without bars should be defined. A man obligated to appear as (if) a criminal is *in vinculus* - the chains of a bond agreement. The entire booking system for the US Courts is based in a fraud and should be rectified with the rectification of Article III Courts. Therefore, with faulty fidelity bonding of the "judicial officers" all federal judge oaths should be corrected in form and sworn afresh before proper judicial Witnesses. A firm legal foundation for this matter to be heard is that a cold case for murder has no statute of limitations; no time period where it cannot be investigated.

Additionally Tony CASO, apparently a real IRS agent has intentionally defrauded Wells Fargo bank and Citizens Bank (and two more financial institutions) to divert $4,352.29 from David George's account to the IRS (Citizens Bank).

Please refer to THE PUBLIC PAPERS AND ADDRESSES OF FRANKLIN DELANO ROOSEVELT; 1933, Page 780 bottom of the page. Thomas P WALSH, apparently disagreeing with the use of the Trading with the Enemy Act for a gold seizure with the Great Depression treated as a wartime foe, died suddenly on the eve of the Bankers' Holiday and was replaced as quickly.

The main construction of the *American Prison* described here is the 1917 Trading with the Enemy Act (TWEA). Which was ruled, *Strictly a war measure* by 1921 in STOEHR v.

WALLACE but dusted off for use in Franklin Delano ROOSEVELT - FDR's "war" against the Great Depression in 1933. FDR ordered Americans (US citizens) as the new "Enemy" to cash in their gold and gold certificates. Period. The only compensation being offered was the currency, Federal Reserve (bank) notes found in the Federal Reserve Act of 1913 at Section 16; "They shall be redeemed in gold on demand..." One did not have to accept (to endorse) Federal Reserve notes in exchange for their gold, but one could not legally hold on to their gold.

By 1935 requirements to become a member bank by endorsing private credit from the Fed were lowered to the point that anybody could handle Federal Reserve *bank* notes as private marker chits, simply by endorsing (by signature on the back of the instrument) private credit from the Federal Reserve System. Read the citations at *uscode.house.gov*

### §411. Issuance to reserve banks; nature of obligation; redemption

Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

(Dec. 23, 1913, ch. 6, §16 (par.), 38 Stat. 265 ; Jan. 30, 1934, ch. 6, §2(b)(1), 48 Stat. 337 ; Aug. 23, 1935, ch. 614, title II, §203(a), 49 Stat. 704 .)

Images follow the text below.

Regardless of HJR-192 being rescinded or whatever, and that by 2016 (70th Jubilee since the sacking of Jericho) Title 12 USC §95a is "Omitted" from the Bankers' CODE the TWEA lies as the foundation for the misperception that endorsement of Federal Reserve bank notes (Federal Reserve notes) is a mandatory act. Redemption of the individual from this National Debt (Original Sin; generational curse) has always been available. The remedy to dispel the delusion of a mandatory compliance to endorse is found in the Federal Reserve Act at Section 16, and is codified at Title 12 of the USC at §411.

Title 12 USC §411 states, "They shall be redeemed in lawful money on demand..." The States all demand lawful money for payment and thus the States enjoy exemption from income tax. States are comprised of people, *We the People* in fact.

Because we enjoy the right of redemption we may simply make our demand for lawful money according to law. David George has made his demand quite clear, to both the US Treasury and the Federal Reserve bank, and beyond.

This habeas corpus is particularly useful for the US Supreme Court to rectify the Judiciary and revive fully Article III Original Jurisdiction. Federal judges, acting as central bank clerks under such a thin veil as minor alterations in the oaths of office has grown to thin ice. Rectification of Judiciary should be executed before all faith in the Justice System is lost permanently.

The Court is moved to please restore David George's funds to his Citizens Bank account, and prosecute Tony CASO for grand theft as an example for all IRS agents, to teach that regardless of how the IRS agent feels about any particular case process should not be falsified in

order to collect perceived tax liability. The Redemption of David George should be fully honored and any money owed since David George making demand for lawful money should be paid by US Treasury check immediately, including any penalties and interest.

_David George_

The Commonwealth of Massachusetts

On this 3rd day of October, 20 24, before me, the undersigned notary public, personally appeared DAVID G. Young proved to me through satisfactory evidence of identification, which were TCT DL to be the person whose name is signed on the preceding or attached document and acknowledged to me that he/she signed it voluntarily for its stated purpose.

MAXWELL MONTEIRO, Notary Public
My Commission Expires February 16, 2029

# Supreme Court of the United States

*October Term, 2018*

I, Brett M. Kavanaugh, do solemnly swear that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter.

So help me God.

*Brett M. Kavanaugh*

Subscribed and sworn to before me
this 6th day of October, 2018

*[signature]*

Chief Justice of the United States

# Supreme Court of the United States

*October Term, 2018*

I, Brett M. Kavanaugh, do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as Associate Justice of the Supreme Court of the United States under the Constitution and laws of the United States.

So help me God.

*Brett M. Kavanaugh*

Subscribed and sworn to before me
this 6th day of October, 2018

*[signature]*
Associate Justice of the Supreme Court

hypothecation of United States bonds or other securities which Federal reserve banks are authorized to hold;

(b) To buy and sell, at home or abroad, bonds and notes of the United States, and bills, notes, revenue bonds, and warrants with a maturity from date of purchase of not exceeding six months, issued in anticipation of the collection of taxes or in anticipation of the receipt of assured revenues by any State, county, district, political subdivision, or municipality in the continental United States, including irrigation, drainage and reclamation districts, such purchases to be made in accordance with rules and regulations prescribed by the Federal Reserve Board; *Bonds, notes, etc.*

(c) To purchase from member banks and to sell, with or without its indorsement, bills of exchange arising out of commercial transactions, as hereinbefore defined; *Commercial exchange.*

(d) To establish from time to time, subject to review and determination of the Federal Reserve Board, rates of discount to be charged by the Federal reserve bank for each class of paper, which shall be fixed with a view of accommodating commerce and business; *Discount rates.*

(e) To establish accounts with other Federal reserve banks for exchange purposes and, with the consent of the Federal Reserve Board, to open and maintain banking accounts in foreign countries, appoint correspondents, and establish agencies in such countries wheresoever it may deem best for the purpose of purchasing, selling, and collecting bills of exchange, and to buy and sell with or without its indorsement, through such correspondents or agencies, bills of exchange arising out of actual commercial transactions which have not more than ninety days to run and which bear the signature of two or more responsible parties. *Foreign accounts and agencies.*

GOVERNMENT DEPOSITS. *Government deposits.*

SEC. 15. The moneys held in the general fund of the Treasury, except the five per centum fund for the redemption of outstanding national-bank notes and the funds provided in this Act for the redemption of Federal reserve notes may, upon the direction of the Secretary of the Treasury, be deposited in Federal reserve banks, which banks, when required by the Secretary of the Treasury, shall act as fiscal agents of the United States; and the revenues of the Government or any part thereof may be deposited in such banks, and disbursements may be made by checks drawn against such deposits. *Use of reserve bank as fiscal agents, etc.*

No public funds of the Philippine Islands, or of the postal savings, or any Government funds, shall be deposited in the continental United States in any bank not belonging to the system established by this Act: *Provided, however,* That nothing in this Act shall be construed to deny the right of the Secretary of the Treasury to use member banks as depositories. *Deposit of public funds restricted. Proviso. Use of member banks as depositories.*

NOTE ISSUES. *Federal reserve notes.*

SEC. 16. Federal reserve notes, to be issued at the discretion of the Federal Reserve Board for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are hereby authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in gold on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or in gold or lawful money at any Federal reserve bank. *Issue authorized. Receivability. Redemption.*

Any Federal reserve bank may make application to the local Federal reserve agent for such amount of the Federal reserve notes hereinbefore provided for as it may require. Such application shall *Applications for, by reserve banks. Collateral required.*

SEC. 37. Any offense committed, or any right accrued, or any penalty or obligation incurred, or any seizure or forfeiture made, prior to the effective date of this Act, under the provisions of the National Prohibition Act, as amended and supplemented, or under any permit or regulation issued thereunder, or under any other provision of law repealed by this Act, may be prosecuted or enforced in the same manner and with the same effect as if this Act had not been enacted. *Saving clause; continuing prosecutions, etc.*

SEC. 38. If any provision of this Act, or the application thereof to any person or circumstances, is held invalid, the remainder of the Act, and the application of such provisions to other persons or circumstances, shall not be affected thereby. *Separability of provisions.*

Approved, January 24, 1934.

[CHAPTER 5.]

AN ACT

Relating to contracts and agreements under the Agricultural Adjustment Act.

January 25, 1934.
[S. 2284.]
[Public, No. 86.]

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the provisions of section 3741 of the Revised Statutes (U.S.C., title 41, sec. 22) and sections 114 and 115 of the Criminal Code of the United States (U.S.C., title 18, secs. 204 and 205) shall not apply to any contracts or agreements heretofore or hereafter entered into under the Agricultural Adjustment Act. *Contracts, etc., under Agricultural Adjustment Act. Participation in, by Members of Congress, etc., permitted. R.S. sec. 3741, p. 737; Vol. 35, p. 1109; U.S.C., p. 475.*

Approved, January 25, 1934.

[CHAPTER 6.]

AN ACT

To protect the currency system of the United States, to provide for the better use of the monetary gold stock of the United States, and for other purposes.

January 30, 1934.
[H.R. 6976.]
[Public, No. 87.]

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the short title of this Act shall be the "Gold Reserve Act of 1934." *Gold Reserve Act of 1934. Post, p. 1060.*

SEC. 2. (a) Upon the approval of this Act all right, title, and interest, and every claim of the Federal Reserve Board, of every Federal Reserve bank, and of every Federal Reserve agent, in and to any and all gold coin and gold bullion shall pass to and are hereby vested in the United States; and in payment therefor credits in equivalent amounts in dollars are hereby established in the Treasury in the accounts authorized under the sixteenth paragraph of section 16 of the Federal Reserve Act, as heretofore and by this Act amended (U.S.C., title 12, sec. 467). Balances in such accounts shall be payable in gold certificates, which shall be in such form and in such denominations as the Secretary of the Treasury may determine. All gold so transferred, not in the possession of the United States, shall be held in custody for the United States and delivered upon the order of the Secretary of the Treasury; and the Federal Reserve Board, the Federal Reserve banks, and the Federal Reserve agents shall give such instructions and shall take such action as may be necessary to assure that such gold shall be so held and delivered. *Gold coin and bullion. Title of Federal Reserve Board, etc., vested in United States. Payments. Credits established. Vol. 40, p. 238; U.S.C., p. 287. Balances payable in gold certificates. Custody and delivery.*

(b) Section 16 of the Federal Reserve Act, as amended, is further amended in the following respects: *Federal Reserve notes. Vol. 38, p. 265; U.S.C., p. 284; Post, p. 399. Redemption in lawful money.*

(1) The third sentence of the first paragraph is amended to read as follows: "They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank."

Vol. 38, p. 260;
U.S.C., p. 389.

Admission to membership; waiver of requirements.
Vol. 40, p. 234.
*Ante,* p. 703.

Provisos.
When bank admitted with capital less than required for national bank organization.

Restriction.

"Board of Governors of the Federal Reserve System", established.
Vol. 42, p. 620.

Vol. 38, p. 260;
U.S.C., p. 377.

Board of Governors; composition and appointment.

Terms of office.

Qualifications.

Restriction on other employment; salary.

Ineligibility to hold office in member banks.

Successors to members now serving; terms of office.
Vol. 48, p. 166.

SEC. 202. Section 9 of the Federal Reserve Act, as amended, is amended by inserting after the tenth paragraph thereof the following new paragraph:

"In order to facilitate the admission to membership in the Federal Reserve System of any State bank which is required under subsection (y) of section 12B of this Act to become a member of the Federal Reserve System in order to be an insured bank or continue to have any part of its deposits insured under such section 12B, the Board of Governors of the Federal Reserve System may waive in whole or in part the requirements of this section relating to the admission of such bank to membership: *Provided,* That, if such bank is admitted with a capital less than that required for the organization of a national bank in the same place and its capital and surplus are not, in the judgment of the Board of Governors of the Federal Reserve System, adequate in relation to its liabilities to depositors and other creditors, the said Board may, in its discretion, require such bank to increase its capital and surplus to such amount as the Board may deem necessary within such period prescribed by the Board as in its judgment shall be reasonable in view of all the circumstances: *Provided, however,* That no such bank shall be required to increase its capital to an amount in excess of that required for the organization of a national bank in the same place."

SEC. 203. (a) Hereafter the Federal Reserve Board shall be known as the "Board of Governors of the Federal Reserve System", and the governor and the vice governor of the Federal Reserve Board shall be known as the "chairman" and the "vice chairman", respectively, of the Board of Governors of the Federal Reserve System.

(b) The first two paragraphs of section 10 of the Federal Reserve Act, as amended, are amended to read as follows:

"SEC. 10. The Board of Governors of the Federal Reserve System (hereinafter referred to as the 'Board') shall be composed of seven members, to be appointed by the President, by and with the advice and consent of the Senate, after the date of enactment of the Banking Act of 1935, for terms of fourteen years except as hereinafter provided, but each appointive member of the Federal Reserve Board in office on such date shall continue to serve as a member of the Board until February 1, 1936, and the Secretary of the Treasury and the Comptroller of the Currency shall continue to serve as members of the Board until February 1, 1936. In selecting the members of the Board, not more than one of whom shall be selected from any one Federal Reserve district, the President shall have due regard to a fair representation of the financial, agricultural, industrial, and commercial interests, and geographical divisions of the country. The members of the Board shall devote their entire time to the business of the Board and shall each receive an annual salary of $15,000, payable monthly, together with actual necessary traveling expenses.

"The members of the Board shall be ineligible during the time they are in office and for two years thereafter to hold any office, position, or employment in any member bank, except that this restriction shall not apply to a member who has served the full term for which he was appointed. Upon the expiration of the term of any appointive member of the Federal Reserve Board in office on the date of enactment of the Banking Act of 1935, the President shall fix the term of the successor to such member at not to exceed fourteen years, as designated by the President at the time of nomination, but in such manner as to provide for the expiration of the term of not more than one member in any two-year period, and thereafter each member shall hold office for a term of fourteen years from the expiration of the term of his predecessor, unless sooner removed for cause