| United States District Court<br>For the District of Massachusetts<br>1 Courthouse Way; Boston, Massachusetts | |
|---|---|
| **Re: The Redemption of David George** | **Miscellaneous Case #23-mc-91595** |
| **Petition for Writ of Habeas Corpus**<br>**NOTICE LIS PENDENS** ||

Comes now David George of the YOUNG family and Redeemed. Title 12 USC §411 allows for "Them", "*They* shall be redeemed..." to make demand and be removed from the national debt Special Drawing Rights (SDR) in the same sense as the original verbiage at Section 16 of the 1913 Federal Reserve Act.

Anthony CASO, agent of Janet Louise YELLEN notified in this evidence repository has posed (criminal impersonation) fraudulent but convincing IRS collections process and/or defrauded David George's bank to divert funds from his account. Doc 9 herein describes how Citizens Bank has been defrauded by Anthony CASO to divert funds; Grand Larceny. "Judge" Allison Dale BURROUGHS (administrative law officer, according to Justice GORSUCH) cannot possibly be suggesting that David George has administrative process available while she is engaged in criminal impersonation. David George awaits the oath of office for BURROUGHS as evidenced again herein by the Department of Justice FOIAOnline receipt. For good measure the oath of office for Frank Dennis SAYLOR, the current "Chief Judge" over the District of Massachusetts is attached, Refused for Cause.

It would appear that about 90 days ago Anthony CASO used fraudulently dated and otherwise misleading Notice of Federal Tax Lien (NOFTL) documentation to sweep David George's Citizens Bank account of $4,352.29. Currently Refused for Cause herein are two more quite similar NOFTL documents in process to sweep David George's Citizen Bank account again, this time of $7,812.17 and his Coinbank Inc account of $9.18. The exact amount of Anthony CASO's theft in progress is:

```
$4,352.29
$7,812.17
+   $9.18
$12,173.64
```

The Motion before the US Supreme Court clerk of court is found herein fully integrated Notice Lis Pendens and on Doc 9 Pages 10-13. Citizens Bank and Coinbank are aware of the fraudulent dating through PACER notification - that Anthony CASO has utilized to sneak this levy process across as valid. Both banking institutions best be prepared to fully refund any frozen or stolen moneys to David George immediately. Better yet, upon validating the date fraud, just make David George financially whole honestly on their own accord, ignoring the fraudulent NOFTL process of Anthony CASO. This matter is being handled by Justices KAVANAUGH and GORSUCH.

David George

**Notary:**
**Certificate of Notary:**



The Commonwealth of Massachusetts
On this 27th day of October, 20 25, before me, the undersigned notary public, personally appeared David Young, proved to me through satisfactory evidence of identification, which were _____, DL to be the person whose name is signed on the preceding or attached document and acknowledged to me that he/she signed it voluntarily for its stated purpose.

MAXWELL MONTEIRO, Notary Public
My Commission Expires February 16, 2029

# Certificate of Mailing

US Treasury - Janet Louise YELLEN                Registered Mail:
US Governor for the IMF                          Return receipt:
1500 Pennsylvania Avenue NW
Washington, DC 20220

Department of the Treasury                       Registered Mail:
Internal Revenue Service                         Return receipt:
Stop 4450
Ogden, Utah. 84201-0059

Federal Reserve Bank - Boston                    Registered Mail:
600 Atlantic Ave, Boston, MA 02210               Return receipt:

IRS - Tony CASO - EID#08-54921                   Registered Mail:
310 Lowell St Mail Stop 377                      Return receipt:
Andover, MA 01810

Wells Fargo Bank                                 Registered Mail:
Legal Order Processing                           Return receipt:
P.O. Box 29779
Phoenix, AZ 85038-0000

Citizens Bank Legal Department                   Registered Mail:
525 William Penn Pl Ste PW2140                   Return receipt:
Pittsburgh, PA 15219-170779

Coinbase Inc.                                    Registered Mail:
C/O Corporation Service Company                  Return receipt:
84 State Street
Boston, MA 02109-0000
    With the Motion for Writ of Habeas Corpus reversed to the Front as a Cover:

The US Supreme Court                             Registered Mail:
Attn: Justice Brett Michael KAVANAUGH            Return receipt:
Attn: Justice Neil McGill GORSUCH
1 First Street, NE
Washington, DC 20543

| | | | | |
|---|---|---|---|---|
| Form **8519** (April 2020) | Department of the Treasury - Internal Revenue Service **Taxpayer's Copy of Notice of Levy** | | | |
| Date 10/18/2024 | | Telephone number of IRS office (978) 783-8054 | | |
| Reply To: **Internal Revenue Service** TONY CASO 310 LOWELL STREET STOP 377 ANDOVER, MA 01810-0000 | | Name and address of taxpayer DAVID G YOUNG 3531 WASHINGTON ST UNIT 216 JAMAICA PLAIN, MA 02130-5237 | | |
| To CITIZENS BANK LEGAL DEPT 525 WILLIAM PENN PL STE PW2140 PITTSBURGH, PA 15219-170799 | | Identifying number(s): 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 | | |

**refusal for cause**

000052

Special instructions for certain property levied

**This isn't a bill for taxes you owe. This is a notice of levy we are using to collect money owed by the taxpayer named above.**

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 201212 | $9952.31 | $564.32 | $10516.63 |
| 1040 | 201412 | $23209.71 | $1026.43 | $24236.14 |
| 1040 | 201512 | $3297.56 | $145.83 | $3443.39 |
| 1040 | 201712 | $50396.23 | $2228.73 | $52624.96 |
| 1040 | 202012 | $15968.79 | $1965.42 | $17934.21 |
| CIVPEN | 201712 | $6334.27 | $280.12 | $6614.39 |
| CIVPEN | 202012 | $5285.82 | $233.75 | $5519.57 |
| CIVPEN | 202112 | $5285.82 | $233.75 | $5519.57 |
| CIVPEN | 202212 | $5285.82 | $233.75 | $5519.57 |
| | | | **Total Amount Due** | **$131,928.43** |

We figured the interest and late payment penalty to: 11/20/2024

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

**Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have (or are already obligated for) when they would have paid you. This levy does not attach to funds in IRAs, Self-Employed Individuals' Retirement Plans, or any other retirement plans in your possession or control.**

If you decide to pay the amount you owe now, please **bring** a guaranteed payment (cash, cashier's check, certified check, or money order*) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury**. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

*Visit www.irs.gov to determine the closest IRS office that furnishes cash payment processing service. You will need to make an appointment at the IRS office in order to make a payment.

| Signature of Service Representative TONY CASO | Title |
|---|---|

Catalog Number 63518R    www.irs.gov    Form **8519** (Rev. 4-2020)

| Form **8519** | Department of the Treasury - Internal Revenue Service |
| --- | --- |
| (April 2020) | **Taxpayer's Copy of Notice of Levy** |

| Date | Telephone number of IRS office |
| --- | --- |
| 10/18/2024 | (978) 783-8054 |
| Reply To: **Internal Revenue Service** <br> TONY CASO <br> 310 LOWELL STREET <br> STOP 377 <br> ANDOVER, MA 01810-0000 | Name and address of taxpayer <br> DAVID G YOUNG <br> 3531 WASHINGTON ST UNIT 216 <br> JAMAICA PLAIN, MA 02130-5237 |
| To <br> COINBASE INC <br> C/O CORPORATION SERVICE COMPANY <br> 84 STATE STREET <br> BOSTON, MA 02109-0000 | Identifying number(s): <br> 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 |

000051

**refusal for cause** (handwritten in red across form)

Special instructions for certain property levied

This levy attaches to all property and rights to property, including cryptocurrency belonging to the taxpayer that is currently held by the VASP named above. Please liquidate the cryptocurrency and remit the proceeds to us by mailing a check payable to United States Treasury.

**This isn't a bill for taxes you owe. This is a notice of levy we are using to collect money owed by the taxpayer named above.**

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
| --- | --- | --- | --- | --- |
| 1040 | 201212 | $9952.31 | $564.32 | $10516.63 |
| 1040 | 201412 | $23209.71 | $1026.43 | $24236.14 |
| 1040 | 201512 | $3297.56 | $145.83 | $3443.39 |
| 1040 | 201712 | $50396.23 | $2228.73 | $52624.96 |
| 1040 | 202012 | $15968.79 | $1965.42 | $17934.21 |
| CIVPEN | 201712 | $6334.27 | $280.12 | $6614.39 |
| CIVPEN | 202012 | $5285.82 | $233.75 | $5519.57 |
| CIVPEN | 202112 | $5285.82 | $233.75 | $5519.57 |
| CIVPEN | 202212 | $5285.82 | $233.75 | $5519.57 |
| | | | **Total Amount Due** | **$131,928.43** |

We figured the interest and late payment penalty to: 11/20/2024

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

**Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must hold your money for 21 calendar days before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have (or are already obligated for) when they would have paid you. This levy does not attach to funds in IRAs, Self-Employed Individuals' Retirement Plans, or any other retirement plans in your possession or control.**

If you decide to pay the amount you owe now, please **bring** a guaranteed payment (cash, cashier's check, certified check, or money order*) to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury**. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

*Visit www.irs.gov to determine the closest IRS office that furnishes cash payment processing service. You will need to make an appointment at the IRS office in order to make a payment.

| Signature of Service Representative <br> TONY CASO | Title |
| --- | --- |

| Catalog Number 63518R | www.irs.gov | Form **8519** (Rev. 4-2020) |

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

~~Refusal for Cause~~

I, .................F. DENNIS SAYLOR........................, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ...UNITED STATES DISTRICT JUDGE....... under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So HELP ME GOD.   **NO!!**

.................*F. Dennis Saylor*..............

Subscribed and sworn to (or affirmed) before me this ...fifteenth................. day of ..........JUNE........................, 19 2004

.................*William G. Young*..............
CHIEF JUDGE

Actual abode  [FOIA Exemption 6] MA

Official station* .Worcester,. MA......

Date of birth  ..[FOIA Exemption 6],1955.......

Date of entry on duty . June 15, 2004.

---

*Title 28, sec. 456 United States Code, as amended.

**Status: Submitted**

| | | | |
|---|---|---|---|
| Request Type | Request | Agency | OIP |
| Request Date | 05/21/2024 | Document Delivery Method | US Postal Mail |

**Requester Information**

| | | | |
|---|---|---|---|
| Salutation | Mr. | Address Type | |
| First Name | David | Country | |
| | | Address Line 1 | 3531 Washington Street |
| Middle Name | George | Address Line 2 | Unit 216 |
| Last Name | Young | City | Boston |
| Email Address | dryoung0715@yahoo.com | State | Massachusetts |
| Organization | | Zip/Postal Code | 02130 |
| Register Number | | | |
| Phone Number | | | |
| Fax Number | | | |
| Other Information | | | |

**Description of Request**

| | |
|---|---|
| Description | My person received a presentment postmarked 14 May 2024 from ALLISON D. BURROUGHS a U.S. District Judge. I am not able to locate the Oath of Office for this judge. |
| | Please provide me with a signed and legally authorized Oath of Office for ALLISON D. BURROUGHS a U.S. District Judge. |
| File Type 1 | Supplemental Information |
| File 1 | 🔗 burroughsorderdismissed.pdf |
| File Type 2 | |
| File 2 | |